Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 13 PROCEEDINGS |
| | CASE NO. # 2: 13-21893-EPB |
| KAREEN MERLE O'BRIEN, | |
| | TRUSTEE'S EVALUATION AND RECOMMENDATION(S) REPORT WITH NOTICE OF POTENTIAL DISMISSAL IF CONDITIONS ARE NOT SATISFIED RE: 3rd AMENDED CHAPTER 13 PLAN |
| (Debtor(s)) | *Docket #302    filed March 30, 2018* |

Edward J. Maney, Trustee, has analyzed the Debtor(s) Third Amended Chapter 13 Plan and supporting documents and submits the following evaluation and recommendation(s):

**General requirements:**

a. Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee. *Please submit a copy of the Court's Claims Register with any submission of the Order Confirming.*

b. Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

c. The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

d. The Debtors are required to provide directly to the Trustee, *within 30 days after their filing*, copies of their federal and state income tax returns for every year during the duration of the Chapter 13 Plan. This requirement is to be included in any Order Confirming.

e. The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

f. The Trustee requires that any proposed Order Confirming Plan state: "Debtor is instructed to remit all payments on or before the stated due date each month. Debtor is advised that when payments are remitted late, additional interest may accrue on secured debts, which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the Case can be discharged. This requirement is effective regardless of Plan payments suspensions, waivers or moratoriums, and must be included in any Plan Confirmation Orders."

g.  At the time of confirmation, the Trustee will require the Debtors to certify that they are current on all required tax filings and any domestic support orders.

h.  At the time of confirmation, the debtor(s) are required to certify, via language in the Order Confirming, that they are current on all payments that have come due on any Domestic Support Orders since the filing of their case <u>and</u> that they are current on all required tax return filings [pursuant to 11 U.S.C. §1308].

i.  DEBTORS / DEBTORS' COUNSEL REMINDER - A letter is to be submitted to the Trustee, accompanying any Order Confirming, addressing all issues as they are listed in the Trustee's Recommendation.  <u>In addition, **all** documents (ex: tax returns, paystubs etc.) submitted to the Trustee must be redacted – in compliance with Fed.R.Bankr.P.9037 -- by debtors and/or their counsel.</u>

**Specific Recommendations:**

1.  Per a review of the debtor's various pieces of real property, the Trustee believes the correct Chapter 7 Reconciliation benchmark in this case is $83,841.80.  This appears to make it necessary to repay all unsecured creditors in full.

2.  Partners for Payment Relief (re: residence at 1605 E. Windjammer) has filed an objection to the Third Amended Plan.  The Trustee requires the objection to be resolved prior to confirmation of the Third Amended Plan.

3.  Considering items #1 and #2 above, the Trustee's analysis reveals a $127,099 funding shortfall, which must be cured before the Plan can be confirmed.

4.  The Third Amended Plan proposes payment of the secured claim to Chase/Select Portfolio Services (re: residence at 1605 E. Windjammer) who has not filed a secured proof of claim. The Trustee requires the Debtor(s) to provide verification of the creditor's security interest by providing him with a copy of the security documents, such as a security agreement, UCC-1, title, deed of trust or the like.  Moreover, the Trustee requires that the Order Confirming the Third Amended Plan provide: "The Trustee has authority to pay on the secured debt owed to Chase/Select Portfolio Services (re: residence at 1605 E. Windjammer) even though this creditor has not filed a secured proof of claim, but the Plan and this Order are not an informal proof of claim for any creditor."  Alternatively, if the security interest cannot be verified by the Debtor(s), then the Debtor(s) may delete the proposed treatment in a proposed order confirming plan:
    a.  pursuant to the language in Section (C)(5) of the Model Plan;
    b.  <u>after</u> filing a motion and providing 28 days' notice to the creditor of the intent to delete the proposed secured treatment from the Plan; or
    c.  by having the creditor, through its agent/representative or legal counsel, sign the order confirming plan approving the treatment of its claim through the Plan.

5. The proofs of claim filed by PNC Mortgage (1st mortgage *arrears* re: rental property at 1644 E. Broadmor - claim #9) and Partners for Payment Relief (2nd mortgage re: residence at 1605 E. Windjammer – claim #3) differ by classification and/or amount from these creditors' treatment under the Plan. To resolve this discrepancy, the Trustee requires either; a) Debtor object to the Proof of Claim; b) the creditor sign-off on an Order Confirming; c) the Order Confirming be altered to pay the creditor pursuant to the Proof of Claim <u>including payment of the contract rate of interest</u>; or d) Debtor file an Amended Plan to provide for the creditor's claim as shown by the Proof of Claim.

6. The Trustee requires the debtors file amended budget Schedules I and J to substantiate the new, proposed plan payment amount of $3,090.50 per month.

7. The Third Amended Chapter 13 Plan states that Villas Tempe HOA (re: rental at 1008 E. Redfield Rd.) will be paid an amount greater than that listed on the proof of claim [#6]. The debtor(s) may use the lesser claim amount in the Stipulated Order Confirming the Third Amended Plan.

8. The Trustee objects to the provision in the 3rd Amended Plan that provides for the turnover of tax refunds in any amount over $1,500. The Trustee objects. The entire tax refunds must be turned over for the tax years of 2013, 2014 and 2015.

In summary, the 3rd Amended Plan can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Confirming, and Court approval. ***The Trustee requires that any Stipulated Order Confirming contain the "wet" signatures from the debtors (where applicable), debtors counsel and objecting creditors if there are any***. General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through the Trustee, subject to timely filed and allowed claims. Chapter 7 reconciliation requirement must be met given debtors' scheduled $83,841.80 equity in non-exempt property at petition date. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to resolve item(s) #3, #6 above and submit a Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Date See Electronic Signature Block

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

By: **Edward J. Maney, Esq.**
Digitally signed by Edward J. Maney, Esq.
Date: 2018.05.16 13:30:52 -07'00'

Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

Copies of the forgoing
mailed on [see electronic signature],
to the following:

Kareen O'Brien
1605 E. Windjammer Way
Tempe, Arizona 85283
Debtor

Gary R. Stickell, Esq.
301 E. Bethany Home Rd.
Suite B100
Phoenix, Arizona 85012
Debtor's counsel

By: **Jackie Garcia**
Digitally signed by Jackie Garcia
DN: cn=Jackie Garcia, o=Edward J. Maney, Trustee, ou=File Clerk, email=jgarcia@maney13trustee.com, c=US
Date: 2018.05.18 14:33:51 -07'00'
Trustee's Clerk