**GARY R. STICKELL,**
**Attorney at Law, P.C.**
301 E. Bethany Home Road, Suite B100
Phoenix, Arizona 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceeding |
|---|---|
| KAREEN MERLE O'BRIEN, | No. 2-13-bk-21893-EPB |
| Debtor. | RESPONSE AND OBJECTION TO THE TRUSTEE'S EVALUATION AND RECOMMENDATIONS re: 3rd AMENDED CHAPTER 13 PLAN/ REQUEST FOR CONFIRMATION HEARING |

Debtor, by and through her undersigned counsel, responds and objects to the Trustee's Evaluation and Recommendations regarding her Third Amended Chapter 13 Plan and requests a Confirmation Hearing particularly to determine of the values of her three rental properties and to determine of the Chapter 7 Reconciliation benchmark.

As to the Chapter 7 Reconciliation benchmark, Debtor is prepared to defend her position that the amount is $13,310.74 and after deduction for Chapter 7 Administrative expenses, the minimum amount to be paid unsecured non-priority creditors is $11,229.67 ("the liquidation amount"). The Trustee has presented no reasonable basis for the claim that the Chapter 7 Reconciliation benchmark is $83,841.

Debtor responds to each item of the Trustee's Recommendation/Evaluation as follows:

1. Debtor, as set out in her Third Amended Plan, values the Chapter 7 Reconciliation benchmark as $13,310.74. After deduction for Chapter 7 Administrative expenses, the minimum amount to be paid unsecured non-priority creditors is $11,229.67 ("the liquidation amount"). The liquidation amount derives from equity in three non-exempt real property owned by the Debtor. Debtor calculates their equity as follows.

**1644 E. Broadmor Drive, Tempe, AZ.** There is no equity in this property. The Court so determined in its Order avoiding the second Deed of Trust held by Specialized Loan Servicing, LLC. as servicer for U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3. The Order is dated February 10, 2016 in Adv. 2-14-bk-00613 EPB (Docket # 18). (A copy is attached as Exhibit A).

**1006 E. Redfield Road, Tempe, AZ.** By Appraisal dated September 30, 2014 (the last known appraisal of the property), its value is $85,000. (A copy is attached as Exhibit B). The First Deed of Trust is held by U.S. Bank National Association, as Trustee for Bears Sterarns Asset Backed Securities I Trust 2006-IM1, Asset Backed Certificates, Series 2006-IM1. Its Proof of Claim is for the amount of $70,291.43. (Claim 8-1). Villas Tempe Homeowners Association holds its valid security interest in the property. Its proof of claim is in the amount of $6,552.47. (Claim 6-1). The equity of this property is $8,156.10.

**1204 E. Baker Dr., Tempe, AZ.** By Appraisal dated September 30, 2014 (the last known appraisal of the property, its value is $85,000. (A copy is attached as Exhibit

C). The First Deed of Trust is held by U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pss-Through Certificates, Series 2005-7XS. It is Proof of Claim is for the amount of $70,511.34. (Claim 11). The Second Deed of Trust is held by Nationstar Mortgage, LLC. It is Proof of Claim is for the amount of $9,334.02. (Claim 5-1). The equity of this property is $5,154.64.

The total equity in the rental properties is $13,310.74.

The Trustee describes no basis for claiming that the Chapter 7 Reconciliation benchmark is $83,841. Further, the Trustee understates the amount of the unsecured debt by not including the unsecured Second Deed of Trust held by Specialized Loan Servicing, LLC. which is $89,034.62.

2. In regard to Partners for Payment Relief ("PPR") and its Objection to the Third Amended Plan, Debtor anticipates resolving that Objection prior to submission of a proposed Stipulated Order of Confirmation. It is Debtor's intention to surrender 1605 E. Windjammer to PPR unless an agreement can be reached directly with PPR to reconvey the property to her.

3. As set out above, the Trustee's analysis regarding a $127,099 funding shortfall is incorrect.

4. In regard to the secured interest of Chase/Select Portfolio Services on the residence at 1605 E. Windjammer, it was modified by Order of the Court and is being paid through a conduit payment to the Trustee. Debtor will submit proof of the Lender's security interest upon submission of the proposed Confirmation Order. If the Windjammer property is surrender to PPR, the issue will be moot.

- 3 -

5. In regard to the Proof fo Claim filed by PNC Mortgage, Debtor anticipates that the Lender's Attorney will sign off on the proposed Stipulated Confirmation Order.

As to the Proof of Claim of Partners for Payment Relief, Debtor anticipates the resolution of its claim as set out in paragraph 2, above.

6. Debtor filed an amended budget Schedules I and J to substantiate the plan payment amount of $3,090.50 per month on June 15, 2018 (Docket # 311).

7. The proposed Stipulated Order of Confirmation will reduce the claim of Villas Tempe HOA to the amount set out in its proof of claim.

8. The proposed Stipulated Order of Confirmation will deal with the issues of the turnover of Debtor's tax refunds for the tax years of 2013, 2014 and 2015. Debtor owed federal income taxes for each of those years and received small State tax refunds.

**Request for Confirmation Hearing.**

For these reasons, Debtor objects to the Trustee's Evaluation and Recommendations regarding her Third Amended Chapter 13 Plan and requests a Confirmation Hearing. The Court is asked to confirm that the Chapter 7 Reconciliation benchmark amount is $13,310.74

DATED: June 18, 2018

                GARY R. STICKELL,
                ATTORNEY AT LAW, P.C.

                By:  G.R.S. #7512
                   Attorney for Debtor

| | |
|---|---|
| 1 | Original Electronically filed June 18, 2018 |
| 2 | |
| 3 | Copy of the foregoing mailed June 18, 2018, to: |
| 4 | |
| 5 | Edward J. Maney<br>Chpt 13 Trustee<br>101 N. 1st Avenue, Suite 1775 |
| 6 | Phoenix, AZ 85003 |
| 7 | |
| 8 | /s/G.R.S. #7512 |

- 5 -