# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | KAREEN MERLE O'BRIEN |
| **Case Number:** | 2:13-BK-21893-EPB **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, AUGUST 07, 2018 11:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO |
| **Reporter / ECR:** | MARGARET KELLY |

## *Matter:*

HEARING ON DEBTOR'S RESPONSE AND OBJECTION TO THE TRUSTEE'S EVALUATION AND RECOMMENDATIONS RE: THIRD AMENDED CHAPTER 13 PLAN

**R / M #:**   309 / 0

## *Appearances:*

ROSS MUMME, ATTORNEY FOR EDWARD J. MANEY
GARY R. STICKELL, ATTORNEY FOR KAREEN MERLE O'BRIEN
MICHELLE RENE GHIDOTTI-GONSALVES, ATTORNEY FOR PARTNERS FOR PAYMENT RELIEF DE II, LLC (APPEARING BY PHONE)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)... 2:13-BK-21893-EPB     TUESDAY, AUGUST 07, 2018 11:00 AM

## *Proceedings:*

Mr. Stickell explains that the issue is determining the value of three rental properties. He states that the parties have agreed to set an evidentiary hearing in October. He explains that there are legal issues regarding the date of valuation and a lien strip on one of the properties.

The Court notes that the Trustee has a list of problems in addition to the value of the properties.

Mr. Stickell states that the Debtor has hired outside counsel to handle the issue of the Debtor's residence. He notes that it is not property of the estate.

Mr. Mumme states that the issue of the funding shortfall lies within the liquidation analysis. He asks for an evidentiary hearing regarding valuation of the retail properties. He intends to obtain BPOs and appraisals. He notes that the tax issues will be resolved through the stipulated order of confirmation.

Mr. Stickell states that his client has not received tax refunds for 2014, 2015, or 2016.

Ms. Ghidotti- Gonsalves states that her client is no longer a creditor of the debtor.

Mr. Stickell responds.

The Court questions whether the Trustee and Debtor would like an evidentiary hearing or submit appraisals and briefs on the legal issues.

Mr. Stickell defers to Mr. Mumme.

Mr. Mumme prefers an evidentiary hearing, but would like to brief the legal issues.

The Court will continue the hearing so the parties can resolve the issues. If resolved, counsel will submit a stipulated order of confirmation. If the parties do not resolve the issues, the Court will set an evidentiary hearing.

COURT: IT IS ORDERED continuing this matter to September 20, 2018 at 11:00 a.m., in Courtroom 602.

Page 2 of 2    Case 2:13-bk-21893-EPB    Doc 319    Filed 08/07/18    Entered 08/08/18 12:52:48    Desc
Main Document    Page 2 of 2    08/08/2018    12:52:36PM