# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KAREEN MERLE O'BRIEN |
| **Case Number:** | 2:13-BK-21893-EPB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 20, 2018 11:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO |
| **Reporter / ECR:** | MARGARET KELLY |

### Matter:

CONTINUED HEARING ON DEBTOR'S RESPONSE AND OBJECTION TO THE TRUSTEE'S EVALUATION AND RECOMMENDATIONS RE: THIRD AMENDED CHAPTER 13 PLAN

**R / M #:** 309 / 0

### Appearances:

ROSS MUMME, ATTORNEY FOR EDWARD J. MANEY
GARY R. STICKELL, ATTORNEY FOR KAREEN MERLE O'BRIEN
MICHELLE RENE GHIDOTTI-GONSALVES, ATTORNEY FOR PARTNERS FOR PAYMENT RELIEF DE II, LLC (APPEARING BY PHONE)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:13-BK-21893-EPB           THURSDAY, SEPTEMBER 20, 2018 11:00 AM

## *Proceedings:*

Mr. Mumme informs the Court that the parties have not reached an agreement. He states the parties still have a big discrepancy regarding valuation of the property. He believes that a hearing on the valuation should be set. He notes that the parties also have a legal dispute as to what the date of the valuation will be. He further states that there is an issue with creditor Partners for Payment Relief. They believe they own the Windjammer property due to a foreclosure sale.

Mr. Stickell is prepared to agree to the Trustee's proposal of setting a drop dead by date by which the ownership of the homestead is resolved. He notes that a briefing schedule will be needed on the valuation of real property. He states that the significant issue is the date that the Court values the property. If the Court decides the date, he agrees that it will eliminate the need for an evidentiary hearing.

The Court and parties discuss a briefing schedule.

COURT:  IT IS ORDERED directing the parties to file simultaneous briefs by Friday, October 5, 2018.

Mr. Mumme asks that an evidentiary hearing on valuation be set today. Discussion ensues regarding witnesses and appraisals.

Mr. Stickell will provide the Trustee with Debtor's appraisals.

COURT:  IT IS ORDERED setting a three-hour evidentiary hearing for November 13, 2018 at 10:00 a.m.

Mr. Mumme notes that in regard to Partners for Payment Relief, the parties tentatively agreed to a drop-dead date by which to resolve the issue with the creditor. He asks that a date be set.

Mr. Stickell agrees and asks that the date be September 28, 2018. By that date he will notice the Court and Trustee of an agreement with the creditor or lack thereof. If there is no agreement, the Trustee can lodge an order of dismissal.

Mr. Mumme agrees.

Ms. Ghidotti-Gonsalves understands.

COURT: IT IS ORDERED Debtor shall notify the Court and Trustee of any agreement with Partners for Payment Relief DE II, LLC on or before Friday, September 28, 2018. If there is no agreement, the Trustee can lodge an order of dismissal.